```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 16750
   GARY E PRYOR
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3206

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
   The case was filed on 06/29/2008 and was not confirmed.

   The case was dismissed without confirmation 10/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC      UNSECURED           307.52           .00           .00
ASSET ACCEPTANCE LLC      UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED          3200.00           .00           .00
CITY OF EVANSTON          UNSECURED            35.00           .00           .00
COMMONWEALTH EDISON       UNSECURED           806.10           .00           .00
GMAC                      UNSECURED          7312.83           .00           .00
NCO FINANCIAL GROUP       UNSECURED        NOT FILED           .00           .00
AT&T WIRELESS             UNSECURED           405.55           .00           .00
ST FRANCIS HOSPITAL       UNSECURED        NOT FILED           .00           .00
VILLAGE OF MOUNT PROSPEC  UNSECURED        NOT FILED           .00           .00
BARRY KREISLER            DEBTOR ATTY       1,623.00                      399.04
TOM VAUGHN                TRUSTEE                                          30.96
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   430.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   399.04
TRUSTEE COMPENSATION                              30.96
DEBTOR REFUND                                       .00
                     ---------------     ---------------
TOTALS                    430.00               430.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 16750 GARY E PRYOR

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 01/26/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```